# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH NEWBY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>TREYLED LIFE SETTLEMENTS LLC,<br><br>    Defendant. | Case No. 1:24-cv-00886-JLT-SAB<br><br>ORDER GRANTING NATHANIEL S. SHAPO'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 7) |

The court has read and considered the application of Nathaniel S. Shapo, attorney for Plaintiffs Kenneth Newby, Steven Campos, Jeannine Campos-Grech, and Joseph Campos, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District.  Having reviewed the application, Nathaniel S. Shapo's application for admission to practice *pro hac vice* is HEREBY GRANTED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **August 16, 2024**

                                                 UNITED STATES MAGISTRATE JUDGE