# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH NEWBY, et al.,<br><br>Petitioners,<br><br>v.<br><br>TREYLED LIFE SETTLEMENTS LLC,<br><br>Respondent. | Case No. 1:24-cv-00886-JLT-SAB<br><br>ORDER GRANTING PETITIONERS' MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO RESPONDENT'S MOTION TO DISMISS<br><br>(ECF No. 14) |

On August 16, 2024, Respondent filed a motion to dismiss Petitioners' petition to vacate the arbitration award. (ECF No. 9.) On August 26, 2024, Petitioners filed a motion for an extension of time until September 10, 2024 to file an opposition to Respondent's motion.[1] (ECF No. 14.) Petitioners' counsel proffers the request is due to a pre-planned vacation and the substantial complexity of the issues presented. Petitioners assert that Respondent's counsel has been contacted and does not oppose extending the deadline for Petitioners to file their opposition. (Id. at 2.)

The Court finds good cause to grant Petitioners' request for an extension. However, where the request to extend time is agreed upon by the parties, counsel is advised that a stipulation should be filed that is signed by all parties who are affected. (See L.R. 144.)

---

[1] Petitioners' motion states they seek a seven-day extension of time. However, this request is based upon a miscalculation of the current deadline of Petitioners' opposition. Respondent's motion to dismiss was filed on August 16, 2024. Pursuant to Local Rule 230(c), Petitioners' opposition is due fourteen days after the motion was filed, or August 30, 2024. Thus, Petitioners request an eleven-day extension of time to file their opposition.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioners' unopposed motion to extend the time to file an opposition to Respondent's motion to dismiss (ECF No. 14) is GRANTED;

2. Petitioners shall file an opposition to Respondent's motion to dismiss **on or before September 10, 2024**; and

3. Respondent's reply, if any, shall be filed no later than **ten (10) days** after the opposition is filed pursuant to Local Rule 230(d).

IT IS SO ORDERED.

Dated: __August 27, 2024__

UNITED STATES MAGISTRATE JUDGE

2