# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH NEWBY, et al., | Case No.  1:24-cv-00886-JLT-SAB |
| Plaintiffs, | ORDER GRANTING BENJAMIN C. LEVINE'S *PRO HAC VICE* APPLICATION |
| v. | (ECF No. 17) |
| TREYLED LIFE SETTLEMENTS LLC, | |
| Defendant. | |

The court has read and considered the application of Benjamin C. Levine, attorney for Plaintiffs Kenneth Newby, Steven Campos, Jeannine Campos-Grech, and Joseph Campos, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District.  Having reviewed the application, Benjamin C. Levine's application for admission to practice *pro hac vice* is HEREBY GRANTED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   __**September 3, 2024**__

_____
UNITED STATES MAGISTRATE JUDGE

1