# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH NEWBY, et al.,<br><br>Petitioners,<br><br>v.<br><br>TREYLED LIFE SETTLEMENTS LLC,<br><br>Respondent. | Case No. 1:24-cv-00886-JLT-SAB<br><br>ORDER GRANTING PETITIONERS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 30)<br><br>**JANUARY 21, 2025 DEADLINE** |

On December 20, 2024, the undersigned issued findings and recommendations regarding Respondent's motion to dismiss Petitioners' petition to vacate the arbitration award, or in the alternative, to transfer venue. (ECF No. 29.) The findings and recommendations advised the parties that they had twenty-one days in which to file objections. (Id. at 38.) On January 2, 2025, Petitioners filed an unopposed motion for a ten day extension of time for the parties to file objections to the findings and recommendations. (ECF No. 30.)

Finding good cause, IT IS HEREBY ORDERED that:

1. Petitioners' unopposed motion to extend time for the parties to file objections to the Magistrate Judge's findings and recommendations is GRANTED; and

///

///

1

2. Objections to the Magistrate Judge's findings and recommendations shall be filed **on or before January 21, 2025**.

IT IS SO ORDERED.

Dated: **January 3, 2025**

STANLEY A. BOONE
United States Magistrate Judge